GEORGE WHITE, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*White v. N. Y. C. & H. R. R. R. Co.,* 68 App. Div. 561, affirmed.
(Argued March 31, 1903; decided April 28, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1902, which reversed a judgment in favor of

plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Irving G. Hubbs* for appellant.

*Henry Purcell* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J. Absent: HAIGHT, J.